1

2    J. William Savage, WSBA #32148
     Carol L. Hepburn, WSBA #8732
3    J. William Savage, P.C.
     620 S.W. Fifth Avenue, Suite 1125
4    Portland, OR 97204
     (503) 222-0200
5    Fax: (503) 248-0200
     Attorneys for Plaintiffs

6

7

8                    UNITED STATES DISTRICT COURT

9                 WESTERN DISTRICT OF WASHINGTON

10

11   WILLIAM L.E. DUSSAULT, Guardian ad
     litem for J.B., a minor; TIMOTHY and
     ESTHER BUCKMAN, wife and husband          Case No. C06-5297RJB
12   and parents of J.B.,

13                           Plaintiffs,        ORDER RE:
                                                PLAINTIFFS' EX PARTE
14        v.                                    MOTION FOR APPOINTMENT OF
                                                GUARDIAN AD LITEM
15   PENINSULA WOMEN'S CLINIC,
     P.L.L.C.; a Washington Corporation;
16   ROBERT H. PALMER, JR., M.D.;
     DEBORAH G. BOPP, R.N., C.N.M.,
17   A.R.N.P.; CLALLAM COUNTY PHD #2
     d/b/a OLYMPIC MEDICAL CENTER;
18   CATHY L. REGISTER, R.N.; and Unknown
     John and Jane Does,
19
                             Defendants.
20

21

22        Upon the motion of the plaintiffs herein for appointment of William L.E. Dussault to

23   serve as guardian ad litem for the minor plaintiff J.B., the court having reviewed the records

24   and files herein, and being fully advised in the premises, now, therefore,

25

26

ORDER RE: PLAINTIFFS' EX PARTE MOTION FOR           J. WILLIAM SAVAGE, P.C.
APPOINTMENT OF GUARDIAN AD LITEM - 1                620 S.W. FIFTH AVENUE, #1125
                                                    PORTLAND, OR 97204
                                                    TEL (503) 222-0200 FAX (503) 248-0200

Dockets.Justia.com

1

2          IT IS HEREBY ORDERED that William L.E. Dussault is appointed as the guardian

3   ad litem for the minor plaintiff J.B.

4          DATED this 12th day of June, 2006

5

6

7

8   _____

9   ROBERT J. BRYAN
    United States District Judge

10

11

12  Presented by:

13  s/_____

14  J. William Savage, WSBA 32148
    Of attorneys for plaintiffs

15

16

17

18

19

20

21

22

23

24

25

26

ORDER RE: PLAINTIFFS' EX PARTE MOTION FOR
APPOINTMENT OF GUARDIAN AD LITEM - 2

J. WILLIAM SAVAGE, P.C.
620 S.W. FIFTH AVENUE, #1125
PORTLAND, OR 97204
TEL (503) 222-0200 FAX (503) 248-0200