1

2

Carol L. Hepburn, WSBA #8732
3  Carol L. Hepburn, P.S.
   300 Elliott Avenue West, Suite 550
4  Seattle, WA  98119
   (206) 281-9000
5  Fax: (206) 281-9111
6  Attorneys for Plaintiffs

7  J. William Savage, WSBA #32148
   J. William Savage, P.C.
8  620 S.W. Fifth Avenue, Suite 1125
   Portland, OR  97204
9  (503) 222-0200
   Fax: (503) 248-0200
10 Attorneys for Plaintiffs

                                            The Honorable Robert J. Bryan
11

12              UNITED STATES DISTRICT COURT
           FOR THE WESTERN DISTRICT OF WASHINGTON
13                      AT TACOMA

14

15 WILLIAM L.E. DUSSAULT, Guardian Ad
   Litem for J.B., a minor; TIMOTHY and          CASE NO. C06-5297RJB
16 ESTHER BUCKMAN, wife and husband and
   parents of J.B.,

17                                               AMENDED FINDINGS AND ORDER
                           Plaintiffs,           APPROVING SETTLEMENT OF ALL
18       v.                                      CLAIMS OF THE MINOR, PAYMENT OF
                                                 ATTORNEY FEES AND COSTS,
19 PENINSULA WOMEN'S CLINIC, P.L.L.C., a         PAYMENT OF GUARDIAN AD LITEM
   Washington Corporation; ROBERT H.             FEES AND COSTS, AND APPOINTMENT
20 PALMER, JR., M.D.; DEBORAH G. BOPP,           OF ATTORNEY FOR SPECIAL NEEDS
   R.N., C.N.M., A.R.N.P.; CLALLAM               TRUST
21 COUNTY PHD #2 d/b/a OLYMPIC
   MEDICAL CENTER; CATHY L. REGISTER,            Hearing Date:  Thursday, May 3, 2007
22 R.N.; and Unknown John and Jane Does,

23

24

25                         Defendants.

26
           THIS MATTER having come on before the above titled Court on Petition of the Attorneys
27
   for Minor Child and the Guardian *Ad Litem* herein, the Court having reviewed:
28

FINDINGS AND ORDER APPROVING SETTLEMENT OF ALL
CLAIMS OF THE MINOR, PAYMENT OF ATTORNEY FEES
AND COSTS, PAYMENT OF GUARDIAN AD LITEM FEES AND
COSTS, AND APPOINTMENT ATTORNEY FOR SPECIAL
NEEDS TRUST -  1
CASE NO. C06-5297RJB

                              CAROL L. HEPBURN, P.S.
                           550 ELLIOTT BAY OFFICE PARK
                            300 ELLIOTT AVENUE WEST
                               SEATTLE, WA 98119
                   TEL: (206) 281-9000 / FAX: (206) 281-9111

1

2

3    1.      The Petitions for Approval of Partial and Final Minor Settlements, Fees and Costs,

4 and Appointment Limited Guardian in this matter;

5    2.      The Declarations and attachments of Counsel J. William Savage;

6    3.      The Initial Guardian *Ad Litem* Report and Recommendations;

7    4.      The Guardian *Ad Litem* Fee Declaration filed March 22, 2007;

8

9    5.      The Supplemental Guardian *Ad Litem* Report and Recommendations;

10    6.      The Supplemental Guardian *Ad Litem* Fee Declaration;

11    7.      The Notice to Interested Parties filed March 23, 2007;

12    8.      The Notice to Interested Parties filed April 27, 2007;

13

14    9.      The Declarations and attachments of Carol L. Hepburn filed May 2, 2007;

15    10.    The entire file; and the court having heard the statements of the Guardian *Ad Litem*,

16 counsel, and of Timothy Buckman, father of J.B., in open court, Mr. Buckman appearing by

17 telephone, and

18              Good cause appearing, now therefore the Court enters the following:

19                         I.FINDINGS

20

21    1.1      The settlements tentatively reached of the minor child's personal injury claims

22 against Clallam County PHD #2 d/b/a Olympic Medical Center and Cathy Register, R.N., in the

23 amount of $375,000.00, and against PENINSULA WOMEN'S CLINIC, P.L.L.C.; ROBERT H.

24 PALMER, JR., M.D.; DEBORAH G. BOPP, R.N., C.N.M., A.R.N.P.; MADELINE

25 HARRINGTON, M.D. and PENINSULA CHILDREN'S CLINIC in the total amount of

26 $500,000.00 are fair, appropriate, reasonable and in the best interests of the child.  The Guardian

27

28 *Ad Litem* is authorized and directed to execute any and all instruments necessary to effect the

same on behalf of J.B., and discharging said Defendants;

**FINDINGS AND ORDER APPROVING SETTLEMENT OF ALL
CLAIMS OF THE MINOR, PAYMENT OF ATTORNEY FEES
AND COSTS, PAYMENT OF GUARDIAN AD LITEM FEES AND
COSTS, AND APPOINTMENT ATTORNEY FOR SPECIAL
NEEDS TRUST -** 2
CASE NO. C06-5297RJB

CAROL L. HEPBURN, P.S.
550 ELLIOTT BAY OFFICE PARK
300 ELLIOTT AVENUE WEST
SEATTLE, WA 98119
TEL: (206) 281-9000 / FAX: (206) 281-9111

1

2

3      1.2     Both the parents of the minor child and the Guardian *Ad Litem* have signed fee

4   agreements with Plaintiffs' counsel providing for payment of a 40% professional negligence

5   contingent fee plus reimbursement of litigation costs advanced.

6      1.3     The attorney fees of $350,000.00, which is calculated pursuant to agreement, are

7   appropriate, fair and reasonable for prosecution of these complex claims on behalf of the minor

8   child.  The court deducted $2,521.29 travel costs from the $76,303.60 requested because

9

10  responsibility for those expenses was not clearly set out in the fee agreements.

11     1.4     The litigation costs of $73,782.31 are appropriate, fair and reasonable for

12  prosecution of these claims on behalf of the minor child.

13     1.5     The Guardian *Ad Litem*, fees requested of  $21,631.49 are appropriate, fair and

14

15  reasonable.

16     1.6     The lien held by the State of Washington has been negotiated to a tentative

17  resolution providing for satisfaction upon payment of $5,908.60.  This is a fair and reasonable

18  amount.  It is in the best interest of the child that the state lien claims of Alaska and Oregon be

19  negotiated pursuant to the U.S. Supreme Court's decision in *Ahlborn*, 547 US 268, 126 S.Ct.

20  1752 (May 1, 2006) to satisfactory resolution, if possible, or if not possible that all of the liens be

21  brought back to this Court for resolution.  An additional $14,555.00 should be reserved for

22

23  satisfaction of these liens.

24     1.7     A qualified special needs trust approved by this Court and overseen by Pierce

25  County Superior Court pursuant to SPR 98.16 is the most appropriate option for receipt and

26  management of the net settlement proceeds remaining available for the benefit of J.B.;

27

28

FINDINGS AND ORDER APPROVING SETTLEMENT OF ALL
CLAIMS OF THE MINOR, PAYMENT OF ATTORNEY FEES
AND COSTS, PAYMENT OF GUARDIAN AD LITEM FEES AND
COSTS, AND APPOINTMENT ATTORNEY FOR SPECIAL
NEEDS TRUST - 3
CASE NO. C06-5297RJB

CAROL L. HEPBURN, P.S.
550 ELLIOTT BAY OFFICE PARK
300 ELLIOTT AVENUE WEST
SEATTLE, WA 98119
TEL: (206) 281-9000 / FAX: (206) 281-9111

1

2

3      1.8      The settlement proceeds should not be deemed to have been received by, to be

4  available to, or to have come into the possession or under the control of, J.B., his parents, or any

5  guardian appointed on his behalf;

6      1.9      It is further in the best interests of the child that the Guardian *Ad Litem*, William

7  E. Dussault, an attorney with appropriate background and expertise to develop a special needs

8  settlement Trust for the benefit of J.B. which is in compliance with SPR 98.16W and 42 USC

9  1396(d)(4)(A) is hereby appointed to draft such a trust at the sole expense of defendants Palmer,

10

11  Bopp & Harrington, pursuant to their agreement;

12      1.10      Such trust should be submitted to this Court for approval and the net settlement

13  proceeds from this portion of the settlement remaining for the benefit of J.B.  in the approximate

14

15  amount of $412,656.51 (after payment of all fees, costs, and other claims approved herein) be

16  paid to the Trustee of the Special Needs Trust for the benefit of J.B. to be held, managed and

17  distributed pursuant to all of the terms and conditions of said Court-approved Trust.   The total

18  proceeds from settlement with all parties remaining for the benefit of J.B. will be in the

19  approximate amount of $412,656.51, plus any funds remaining after satisfaction of Alaska and

20  Oregon liens.

21

22      1.11      The court heard and carefully considered the comments and concerns of J.B.'s

23  father, Timothy Buckman, and, in particular, his concerns about exactly how the funds available

24  will be spent for J.B.'s benefit.  Those concerns are not now before this court, but should be

25  addressed through the special needs trust to be established.

26

27      Based on the foregoing Findings, the Court enters the following:

28                                                     II.ORDER

FINDINGS AND ORDER APPROVING SETTLEMENT OF ALL
CLAIMS OF THE MINOR, PAYMENT OF ATTORNEY FEES
AND COSTS, PAYMENT OF GUARDIAN AD LITEM FEES AND
COSTS, AND APPOINTMENT ATTORNEY FOR SPECIAL
NEEDS TRUST - 4
CASE NO. C06-5297RJB

CAROL L. HEPBURN, P.S.
550 ELLIOTT BAY OFFICE PARK
300 ELLIOTT AVENUE WEST
SEATTLE, WA 98119
TEL: (206) 281-9000 / FAX: (206) 281-9111

1

2

3        2.1     The proposed settlement of the personal injury claim of the minor child J.B.,

4  against CLALLAM COUNTY PHD #2 D/B/A OLYMPIC MEDICAL CENTER and CATHY

5  REGISTER, R.N., for personal injuries sustained on June 9, 2001 for $375,000.00 gross

6  proceeds is approved and the Guardian *Ad Litem* William L. E. Dussault is hereby granted the

7  authority to sign, and he is directed to sign, appropriate releases and closing documents for

8  resolution and partial settlement of the minor's claim in addition to his other duties.

9

10        2.2     CLALLAM COUNTY PHD #2 D/B/A OLYMPIC MEDICAL CENTER and

11  CATHY REGISTER, R.N. shall cause to be paid to Plaintiff's counsel Carol L. Hepburn, Carol

12  L. Hepburn, P.S. in trust on behalf of the minor child, J.B., the sum of $375,000.00 in settlement

13  of all claims against them herein.

14

15        2.3     The proposed settlement of the personal injury claims of the minor child J.B.,

16  against PENINSULA WOMEN'S CLINIC, P.L.L.C.; ROBERT H. PALMER, JR., M.D.;

17  DEBORAH G. BOPP, R.N., C.N.M., A.R.N.P.; MADELINE HARRINGTON, M.D., and

18  PENINSULA CHILDREN'S CLINIC., for personal injuries sustained on June 9, 2001 for

19  $500,000.00 gross proceeds is approved and the Guardian *Ad Litem* William L. E. Dussault is

20  hereby granted the authority to sign, and he is directed to sign, appropriate releases and closing

21  documents for resolution and partial settlement of the minor's claim in addition to his other

22  duties.

23

24        2.4     PENINSULA WOMEN'S CLINIC, P.L.L.C.; ROBERT H. PALMER, JR., M.D.;

25  DEBORAH G. BOPP, R.N., C.N.M., A.R.N.P.; MADELINE HARRINGTON, M.D., and

26  PENINSULA CHILDREN'S CLINIC shall cause to be paid  to Plaintiff's counsel Carol L.

27  Hepburn, Carol L. Hepburn, P.S. in trust on behalf of the minor child, J.B., the sum of

28  $500,000.00 in settlement of all claims against them herein.

FINDINGS AND ORDER APPROVING SETTLEMENT OF ALL
CLAIMS OF THE MINOR, PAYMENT OF ATTORNEY FEES
AND COSTS, PAYMENT OF GUARDIAN AD LITEM FEES AND
COSTS, AND APPOINTMENT ATTORNEY FOR SPECIAL
NEEDS TRUST - 5
CASE NO. C06-5297RJB

CAROL L. HEPBURN, P.S.
550 ELLIOTT BAY OFFICE PARK
300 ELLIOTT AVENUE WEST
SEATTLE, WA 98119
TEL: (206) 281-9000 / FAX: (206) 281-9111

2.5     The proposed settlement in the amount of the lien held by the State of Washington for reimbursement of Medicaid moneys paid on behalf of the minor child J.B. for $5,908.60 is hereby approved and Plaintiff's counsel is directed to satisfy this lien from the settlement proceeds herein.

2.6     The Guardian *Ad Litem*, and/or counsel for the Guardian *Ad Litem*, shall negotiate the amount of the state lien claims held by Oregon and Alaska pursuant to the U.S. Supreme Court's decision in *Ahlborn*, 547 US 268, 126 S.Ct. 1752 (May 1, 2006). The sum of $14,555.00 shall be reserved from the settlement proceeds for this purpose. In the event a satisfactory negotiation of those multi-state claims cannot be made, they shall be brought back to this court for hearing and resolution.

2.7     Fees and cost for Mr. William L. E. Dussault for his service as Guardian *Ad Litem* in the amount of $21,631.49 shall be paid to Dussault Law Group from the settlement proceeds.

2.8     The attorney fees of $350,000.00, and the litigation costs of $73,782.31 shall be paid from the settlement proceeds to Plaintiff's counsel, Carol L. Hepburn, P.S.

2.9     The settlement proceeds shall not be deemed to have been received by, to be available to, or to have come into the possession or under the control of, J.B., his parents, or any guardian appointed on his behalf;

2.10     William E. Dussault, the Guardian *Ad Litem*, who is an attorney with appropriate background and expertise to develop a special needs settlement Trust for the benefit of J.B. which is in compliance with SPR 98.16W and 42 USC 1396(d)(4)(A) is hereby appointed to draft such a trust, at the sole expense of defendants Palmer, Bopp and Harrington;

2.11     Said trust shall be submitted to this Court for approval and the net settlement proceeds remaining for the benefit of J.B. in the approximate total amount of $412,656.31 (after

FINDINGS AND ORDER APPROVING SETTLEMENT OF ALL
CLAIMS OF THE MINOR, PAYMENT OF ATTORNEY FEES
AND COSTS, PAYMENT OF GUARDIAN AD LITEM FEES AND
COSTS, AND APPOINTMENT ATTORNEY FOR SPECIAL
NEEDS TRUST - 6
CASE NO. C06-5297RJB

CAROL L. HEPBURN, P.S.
550 ELLIOTT BAY OFFICE PARK
300 ELLIOTT AVENUE WEST
SEATTLE, WA 98119
TEL: (206) 281-9000 / FAX: (206) 281-9111

1

2

3   payment of all fees, costs, reserves and other claims approved herein) shall be paid to the Trustee

4   of the Special Needs Trust for management of the net settlement funds available to J.B. with

5   ongoing supervision of that trust directed to the Pierce County Superior Court. The qualified

6   special needs trust shall also receive any funds remaining after resolution of the lien claims

7   herein.

8           Dated this 7th day of May, 2007.

9

10

11

12                                          ROBERT J. BRYAN
                                            United States District Judge
13

14  Presented by:

15  CAROL L. HEPBURN, P.S.

16  s/Carol L. Hepburn
17  Carol L. Hepburn, WSBA 8732
    Attorney for Plaintiffs
18
    J. WILLIAM SAVAGE, P.C.
19
20  s/J. William Savage
    J. William Savage, WSBA #32148
21  Attorney for Plaintiffs

22

23

24

25

26

27

28

**FINDINGS AND ORDER APPROVING SETTLEMENT OF ALL
CLAIMS OF THE MINOR, PAYMENT OF ATTORNEY FEES
AND COSTS, PAYMENT OF GUARDIAN AD LITEM FEES AND
COSTS, AND APPOINTMENT ATTORNEY FOR SPECIAL
NEEDS TRUST -** 7
CASE NO. C06-5297RJB