Carol L. Hepburn, WSBA #8732
Carol L. Hepburn, P.S.
300 Elliott Avenue West, Suite 550
Seattle, WA 98119
(206) 281-9000
Fax: (206) 281-9111
Attorneys for Plaintiffs

J. William Savage, WSBA #32148
J. William Savage, P.C.
620 S.W. Fifth Avenue, Suite 1125
Portland, OR 97204
(503) 222-0200
Fax: (503) 248-0200
Attorneys for Plaintiffs

The Honorable Robert J. Bryan

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| WILLIAM L.E. DUSSAULT, Guardian <u>Ad Litem</u> for J.B., a minor; TIMOTHY and ESTHER BUCKMAN, wife and husband and parents of J.B.,<br><br>Plaintiffs,<br>v.<br><br>PENINSULA WOMEN'S CLINIC, P.L.L.C., a Washington Corporation; ROBERT H. PALMER, JR., M.D.; DEBORAH G. BOPP, R.N., C.N.M., A.R.N.P.; CLALLAM COUNTY PHD #2 d/b/a OLYMPIC MEDICAL CENTER; CATHY L. REGISTER, R.N.; and Unknown John and Jane Does,<br><br>Defendants. | CASE NO. C06-5297RJB<br><br>**PROPOSED FINDINGS AND ORDER APPROVING LIEN RESOLUTION, GUARDIAN AD LITEM FEES, AND DISCHARGING GUARDIAN AD LITEM**<br><br>Hearing Date: Friday, August 3, 2007 |

THIS MATTER having come on before the above titled Court on Motion of the Guardian *Ad Litem* herein, the Court having reviewed:

---

PROPOSED FINDINGS AND ORDER APPROVING MINOR
SETTLEMENT, PAYMENT OF ATTORNEY FEES AND COSTS,
PAYMENT OF GUARDIAN AD LITEM FEES AND COSTS, AND
APPOINTMENT ATTORNEY FOR SPECIAL NEEDS TRUST - 1
CASE NO. C06-5297RJB

CAROL L. HEPBURN, P.S.
550 ELLIOTT BAY OFFICE PARK
300 ELLIOTT AVENUE WEST
SEATTLE, WA 98119
TEL: (206) 281-9000 / FAX: (206) 281-9111

1. The Motion for Approval of Trust, Proposed Resolution of Liens, Payment of Guardian *ad Litem* Fees, Discharge of Guardian *ad Litem,* and Leave to Petition Pierce County Superior Court;

2. The Second Supplemental Report and Recommendations of the court appointed Guardian Ad Litem, William L. E. Dussault filed June 29, 2007 herein;

3. The proposed form of trust agreement filed June 29, 2007 herein;

4. The Notice to Interested Parties of the Motion for Approval of Trust and other relief; and,

Good cause appearing, now therefore the Court enters the following:

I. FINDINGS

1.1 The proposed settlements reached with the lien-holders, States of Oregon and Alaska, in the amounts of $400 and $4000 respectively are reasonable, in accord with caselaw, and in the best interests of the minor child;

1.2 The proposed fees of the Guardian *ad Litem* for trust development in the amount of $2,500.00, and for supplemental Guardian *ad Litem* services through June 29, 2007 in the amount of $5,686.89 are reasonable and should be approved to be held, managed and distributed pursuant to the terms and conditions of the special needs trust approved herein;

1.3 The Guardian *ad Litem* has completed his work and should be discharged from further responsibilities herein;

Based on the foregoing Findings, the Court enters the following:

//

//

PROPOSED FINDINGS AND ORDER APPROVING MINOR SETTLEMENT, PAYMENT OF ATTORNEY FEES AND COSTS, PAYMENT OF GUARDIAN AD LITEM FEES AND COSTS, AND APPOINTMENT ATTORNEY FOR SPECIAL NEEDS TRUST - 2
CASE NO. C06-5297RJB

CAROL L. HEPBURN, P.S.
550 ELLIOTT BAY OFFICE PARK
300 ELLIOTT AVENUE WEST
SEATTLE, WA 98119
TEL: (206) 281-9000 / FAX: (206) 281-9111

## II. ORDER

2.1 The Court shall enter an Order <u>under seal</u> approving the offered Trust Agreement, including the designation of GOLDEN FIDUDIARY SERVICES, LLC as sole Trustee thereof, with the following parties having access to said sealed document: The Trustee, GOLDEN FIDUDIARY SERVICES, LLC; Plaintiff's counsel; and the Guardian *ad litem*;

2.2 Resolution of the lien of the State of Oregon at the amount of $400.00 is hereby approved and Plaintiffs' counsel shall obtain and file a Satisfaction of Lien in exchange for payment of this amount;

2.3 Resolution of the lien of the State of Alaska at the amount of $4000.00 is hereby approved and Plaintiffs' counsel shall obtain and file a Satisfaction of Lien in exchange for payment of this amount;

2.4 The Guardian *ad Litem* fees of $2500.00 for development of the trust here in and $5686.89 for supplemental Guardian *ad Litem* services through June 29, 2007 are approved; Plaintiffs' counsel shall pay these amounts to the Guardian *ad Litem* to be held, managed and distributed pursuant to the terms and conditions of the special needs trust approved herein.

2.5 The Guardian *ad Litem* is hereby discharged from any further responsibility in this matter.

DONE IN OPEN COURT this \_\_\_\_ day of _____, _____.

_____
THE HONORABLE ROBERT J. BRYAN

PROPOSED FINDINGS AND ORDER APPROVING MINOR SETTLEMENT, PAYMENT OF ATTORNEY FEES AND COSTS, PAYMENT OF GUARDIAN AD LITEM FEES AND COSTS, AND APPOINTMENT ATTORNEY FOR SPECIAL NEEDS TRUST - 3
CASE NO. C06-5297RJB

CAROL L. HEPBURN, P.S.
550 ELLIOTT BAY OFFICE PARK
300 ELLIOTT AVENUE WEST
SEATTLE, WA 98119
TEL: (206) 281-9000 / FAX: (206) 281-9111

Presented by:

CAROL L. HEPBURN, P.S.

*[signature]*

Carol L. Hepburn, WSBA 8732
Attorney for Plaintiffs


J. WILLIAM SAVAGE, P.C.

*[signature]*

J. William Savage, WSBA #32148
Attorney for Plaintiffs

---

PROPOSED FINDINGS AND ORDER APPROVING MINOR SETTLEMENT, PAYMENT OF ATTORNEY FEES AND COSTS, PAYMENT OF GUARDIAN AD LITEM FEES AND COSTS, AND APPOINTMENT ATTORNEY FOR SPECIAL NEEDS TRUST - 4
CASE NO. C06-5297RJB

CAROL L. HEPBURN, P.S.
550 ELLIOTT BAY OFFICE PARK
300 ELLIOTT AVENUE WEST
SEATTLE, WA 98119
TEL: (206) 281-9000 / FAX: (206) 281-9111

# CERTIFICATE OF SERVICE

I hereby certify that on ___7-17-07___, I filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

William L.E. Dussault, PS
billd@dussaultlaw.com, rosef@dussaultlaw.com
WILLIAM L E DUSSAULT, PS
291 East Galer
Seattle, WA 98102
Email: billd@dussaultlaw.com
Guardian Ad Litem for J.B., a minor


Donna M. Moniz
Email: donnam@jgkmw.com, jennifer@jgkmw.com
Eugene A. Studer
Email: gene@jgkmw.com
925 Fourth Avenue, Suite 2300
Seattle, WA 98104
Attorneys for Defendant Clallam County PHD #2 d/b/a Olympic Medical Center
and for Defendant Cathy L. Register, R.N.


Michael J. Myers
Email: mjm@randanco.com, lcl@randanco.com, cro@randanco.com
601 W. Riverside Ave., Suite 1500
Spokane, WA 99201-0653
Attorney for Defendant Deborah G. Bopp, R.N., C.N.M., A.R.N.P.


James P. Martin
Email: jpm@hhw.com, rac@hhw.com
Karen O'Kasey
Email: kok@hhw.com, bak@hhw.com
1000 SW Broadway, Suite 2000
Portland, OR 97204
Attorney for Defendant Robert H. Palmer, Jr., M.D.
and for Defendant Peninsula Women's Clinic, P.L.L.C.

PROPOSED FINDINGS AND ORDER APPROVING MINOR SETTLEMENT, PAYMENT OF ATTORNEY FEES AND COSTS, PAYMENT OF GUARDIAN AD LITEM FEES AND COSTS, AND APPOINTMENT ATTORNEY FOR SPECIAL NEEDS TRUST - 5
CASE NO. C06-5297RJB

CAROL L. HEPBURN, P.S.
550 ELLIOTT BAY OFFICE PARK
300 ELLIOTT AVENUE WEST
SEATTLE, WA 98119
TEL: (206) 281-9000 / FAX: (206) 281-9111

```
 1  J. William Savage
    Email: jwsavage@earthlink.net
 2  J. William Savage, P.C.
    620 SW Fifth Avenue, #1125
 3  Portland, OR 97204
 4  Attorney for Plaintiffs
```

I further hereby certify that on ____7-17-07____, I sent a true and correct copy of the foregoing document via U.S. Mail, postage prepaid, to the following:

Timothy and Esther Buckman
HC34 Box 2692
Wasilla, Alaska 99654

I certify under penalty of perjury that the foregoing is true and correct.

DATED this 17 day of July, 2007.

CAROL L. HEPBURN, P.S.

_____
Carol L. Hepburn (WSBA #8732)
Email: clhepburn@earthlink.net
Attorneys for Plaintiffs
Carol L. Hepburn, P.S.
300 Elliott Avenue W, Suite 550
Seattle, WA 98119
206.281.9000
206.281.9111 (Fax)

---

PROPOSED FINDINGS AND ORDER APPROVING MINOR SETTLEMENT, PAYMENT OF ATTORNEY FEES AND COSTS, PAYMENT OF GUARDIAN AD LITEM FEES AND COSTS, AND APPOINTMENT ATTORNEY FOR SPECIAL NEEDS TRUST - 6
CASE NO. C06-5297RJB

CAROL L. HEPBURN, P.S.
550 ELLIOTT BAY OFFICE PARK
300 ELLIOTT AVENUE WEST
SEATTLE, WA 98119
TEL: (206) 281-9000 / FAX: (206) 281-9111